# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00272-CV

**In re Chris Osborn**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## C O N C U R R I N G   O P I N I O N

I agree that the petition for writ of mandamus should be denied. *See* Tex. R. App.

P. 52.8(a). Nothing more need be said. I therefore concur in the result only.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed: April 30, 2013